UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KENNETH BINGHAM,

                Plaintiff,

-against-

CORRECTIONS OFFICER
J. RYNKEWICZ

                Defendant.
_____

**AFFIDAVIT OF SERVICE**

16-CV-6829

STATE OF NEW YORK )
COUNTY OF MONROE )  ss.:

        Susan H. Horne, being duly sworn, says she is a Law Department Document Specialist in the Office of the Attorney General of the State of New York.

        On the 16th day of April, 2018, I served the Notice of Motion and Declaration of Deutsch (Docket #12) with Order attached (Docket #13) upon the below-named:

    Jason Rynkewicz
    [REDACTED]

by depositing a true and correct copy thereof, properly enclosed in a sealed, postpaid wrapper, in the post box under the exclusive care and custody of the United States Post Office in the City of Rochester, New York.

                                      _/s/ Susan H. Horne_
                                      Susan H. Horne
                                      Law Department Document Specialist

Sworn to before me this
16th day of April, 2018.

_/s/ Marilyn L. Rogowicz_
Notary Public

        MARILYN L. ROGOWICZ
      Notary Public, State of New York
           No. 01RO5067315
       Qualified in Monroe County
Commission Expires on October 15, 2018