AO 154 (10 03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Western District of New York

Kenneth Bingham
    Plaintiff(s),
v.
Jason Rynkewicz
    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cv-6829

*[FILED stamp: MAY 16 2018, Mary C. Loewenguth, Clerk, Western District of NY]*

Notice is hereby given that, subject to approval by the court, **Jason Rynkewicz** (Party(s) Name) substitutes **Laurie A. Baker, Esq.** (Name of New Attorney), State Bar No. **4762548**, as counsel of record in place of **Hillel David Deutsch, Esq.** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Meyers Buth Law Group pllc
Address: 21 Princeton Place, Suite 105, Orchard Park, New York 14127
Telephone: (716) 508-8598    Facsimile: N/A
E-Mail (Optional): labaker@mblg.us

I consent to the above substitution.
Date: 5-8-18
(Signature of Party(s))

I consent to being substituted.
Date: May 7, 2018
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: May 4, 2018
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5-15-18
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]