Case # 16-cv-6829
June 7, 2019

**Honorable Marian W. Payson**
**100 State St.**
**Rochester, N.Y. 14614**

        cc:    Michael H. Sussman, Esq.
                  Sussman & Watkins
                  Attorneys for Plaintiff
                  40 Park Place
                  P.O. Box 1005
                  Goshen, N.Y. 10924

                  Cheryl Meyers Buth, Esq.
                  Laurie A. Baker, Esq.
                  Meyers Buth Law Group PLLC
                  Attorneys for Defendant
                  23 Princeton Place, Suite 105
                  Orchard Park, N. Y. 14127

Dear Honorable Payson,

I am the Plaintiff in the above-mentioned case. My name is Ellen Bingham. I am reaching out to the court and notifying all parties involved of an ongoing matter involving myself and the attorney who was originally retained by my son Kenneth Bingham, Mr. Michael Sussman. I have made many attempts to reach out to Mr. Sussman. I have had one face to face with him and that was the first Monday in February of this year. I will tell you that as far as this Alternative Dispute Resolution (ADR) program the very first I heard of it was when my youngest daughter looked the case up on the Pacer website to get insight as to the case progress. At no point has Mr. Sussman been in contact with me to discuss my attendance to the ADR, or with me about the ADR. The only information I know about the ADR is from the mediator herself Ms. Amanda Williams, Esq. as we called to inquire if I am entitled to attend, and that is when I was informed, I was required to attend.

I do want to inform the court of the history of Mr. Sussman and myself, so the court can proceed as necessary. My daughter Kim Martin had retained Mr. Sussman on another matter. She and I have an estranged relationship. Mr. Sussman made it abundantly clear to me prior to me being named the Administrator of my sons Estate that he represents Kim Martins interests. I have spoken with the Surrogates Court in Sullivan County and other attorneys and according to what I have been told she has no interest unless I make her apart of this. She had the audacity to tell the surrogates court that I was dead. Then told them I was dying. She filed false and misleading paperwork with them. It is my opinion that Mr. Sussman and Kim Martin intend to try to get the court to once again adjourn or postpone this matter of the ADR. However, I am fully prepared to travel and be present for the ADR on June 26, 2019, and I am requesting that the court do not issue any further delays in this process.

I also feel as though there has been an egregious act of misconduct on the part of Mr. Michael Sussman, Esq. It is my opinion that if we cannot come to some sort of resolution with the Defendant in this case that we will be filing a Motion to have your Honor remove Mr. Sussman from this case for Official

misconduct and brought before the New York State Bar Association for Admonition. I realize the possible repercussions this letter may cause, but the actions, and in all honesty inactions of the ineffective counsel and the lack of best interest in this case leave this elderly woman no choice in this matter. Thank you for hearing me out and placing this letter on the record.

Sincerely,

*Ellen Margaret Armann Bingham*

Ellen Margaret Armann Bingham
Administrator of the Estate of Kenneth Bingham


Ellen Margaret Armann Bingham
PO Box 921
Woodridge, N.Y. 12789
845/428-3120

PRESS FIRMLY TO SEAL

PRIORITY MAIL★ XPRESS™

FASTEST SERVICE IN THE U.S.

U.S. POSTAGE PAID
PME 2-Day
WOODRIDGE, NY
12789
JUN 08, 19
AMOUNT
$25.50
R2305K132653-5

1007

14202

EE 466 435 940 US

PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE (845) 420-3120

Ellen Margaret Armoun Bingham
PO Box 921
Woodridge, N.Y. 12789   2019
BUFFALO

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE (716) 551-1700

US District Court Western District New York
Honorable Judy Marian W. Payson
2 Niagara Square
Buffalo, N.Y. 14202

ZIP + 4® (U.S. ADDRESSES ONLY)
1 4 2 0 2 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☑ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 12789 | 6/10/18 | $ 25.50 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee |
| 6/8/19 | | $ | $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 6:38 | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 25.50 | |
| Weight ☑ Flat Rate | Acceptance Employee Initials | | |
| lbs. 2 ozs. | | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, JULY 2013   PSN 7690-02-000-9996



PEEL FROM THIS CORNER

+ Money Back Guarantee for U.S. destinations only.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EMS

13F July 2013   OD: 12.5 x 9.5

