# SUSSMAN & ASSOCIATES
*- Attorneys at Law -*

---

MICHAEL H. SUSSMAN  
JONATHAN R. GOLDMAN

1 Railroad Ave. - Suite 3  
P.O. Box 1005  
Goshen, New York 10924

(845) 294-3991  
Fax: (845) 294-1623  
sussman1@frontiernet.net

LEGAL ASSISTANT  
GERI PRESCOTT

---

June 18, 2019

Honorable Marian W. Payson  
Magistrate Judge  
United States District Court –WDNY  
100 State Street  
Rochester, NY 14614

Re: **Bingham v. Rynkewicz, 16 cv 6829**

Dear Magistrate Judge Payson,

I write in response to the order this Court entered last week directing me to report on my contact with Ms. Ellen Bingham concerning the upcoming mediation.

On June 17, 2019, I spoke with Ms. Bingham, explained the mediation process to her and invited her attendance and participation on June 26, 2019 at the mediation in Rochester. She indicated she had fully intended to attend the mediation and had arranged transportation to Rochester. I inquired whether she had any questions beyond my explanation and she indicated she did not.

I expect to be in attendance with Ms. Bingham at the mediation next week. Should the Court have any further questions, I will be happy to address them. Thank you for your consideration.

Respectfully submitted,

Michael H. Sussman

cc: All counsel by ECF, Ellen Bingham

---

If checked, please respond to one of our office located at:

☐ 11 Fowler St.  
Port Jervis, N.Y. 12771  
(845) 294-3991

☐ 159 Canal St.  
Ellenville, N.Y. 12428  
(845) 294-3991

☐ 42 W. Main St.  
Liberty, NY 12754  
(845) 294-3991