UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

ELLEN MARGARET ARMANN BINGHAM,
as Administratrix of the Estate of Kenneth Bingham,

                                  Plaintiff,

-v-

J. RYNKEWICZ, CORRECTIONAL OFFICER

                                  Defendant.
-------------------------------------------------------------------X

**NOTICE OF MOTION**

16-cv-6829W (EAW)

      PLEASE TAKE NOTICE that upon the annexed Affirmation, Michael H. Sussman, Esq. hereby moves this Honorable Court for an Order relieving him as plaintiff's counsel in this matter and for whatever further relief the Court deems just and equitable.

      Pursuant to the court's local preference, said motion shall be heard upon a schedule set by the Court and any opposition shall be filed upon that schedule.

                                                        Respectfully submitted,

                                                        MICHAEL H. SUSSMAN

Sussman & Associates
PO BOX 1005
1 RAILROAD AVENUE, STE. 3
GOSHEN, NEW YORK 10924
(845)-294-3991

Counsel for Plaintiff

Dated: 11 July 2019