Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

ELLEN MARGARET ARMANN BINGHAM,
as Administratix of the
Estate of Kenneth Bingham                     **JUDGMENT IN A CIVIL CASE**
                                              CASE NUMBER: 16-cv-6829
        v.

R. Rynkewicz

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed without prejudice.


Date: December 18, 2019                       MARY C. LOEWENGUTH
                                              CLERK OF COURT

                                              By: Barbara Keenan
                                                  Deputy Clerk